IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARY P. CARPENTER, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 05-360 Erie |
| ) | |
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

AND NOW, to wit, this 28th day of March, the Plaintiff having filed a document captioned "Plaintiff's Requests Court of Common Pleas Docket No. 14250-050 Notice to Remove Terminated and Reversal of Memorandum Order be Reversed," which this Court construes as a motion for reconsideration of its Order dated March 13, 2006 [Doc. # 13] and/or a motion to recuse,

IT IS HEREBY ORDERED that said motion is DENIED.

s/ Sean J. McLaughlin
Sean J. McLaughlin
United States District Judge

cm: all parties of record
U.S. Magistrate Judge Susan Paradise Baxter